1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-0229-KJD-PAL |
| Plaintiff, | **ORDER FOR DISCLOSURE OF PRESENTENCE REPORT** |
| v. | |
| GENESIS PENA-CHAVEZ, | |
| Defendant. | |

Before the Court is Defendant's Motion for Disclosure of Presentence Report (#32). Having reviewed Defendant's motion and the supporting documentation provided by counsel, the Court hereby **ORDERS** the U.S. Probation Office to disclose the Presentence Report in the above-referenced case to Lisa Ludwig, Defendant's counsel of record in District of Oregon case No. 3:19-cr-00532-HZ-1.

IT IS HEREBY ORDERED that Defendant's Motion for Disclosure of Presentence Report (#32) is **GRANTED**.

Dated this 2nd day of December, 2020.

_____
Kent J. Dawson
United States District Judge